**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **STANLEY KRUPICKI,** <br> **INDIVIDUALLY AND ON BEHALF** <br> **OF OTHERS SIMILARLY SITUATED** | **PLAINTIFF** |
| **v.** No. 4:12-cv-00150 KGB | |
| **EAGLE ONE, INC.** <br> **a/k/a EAGLEONE LOGISTICS** <br> **a/k/a PRINT N' MAIL** | **DEFENDANT** |

**ORDER**

Based on the parties' request in their joint status report that the class certification hearing in this matter be cancelled (Dkt. No. 23), the class certification hearing scheduled for October 26, 2012 is removed from the Court's docket.

SO ORDERED this 15th day of October, 2012.

_____
Kristine G. Baker
United States District Court