IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STANLEY KRUPICKI,
INDIVIDUALLY AND ON BEHALF
OF OTHERS SIMILARLY SITUATED                                    PLAINTIFF

v.                              Case No. 4:12-cv-00150 KGB

EAGLE ONE, INC.,
a/k/a EAGLEONE LOGISTICS,
a/k/a PRINT N' MAIL                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that Stanley Krupicki's Fair Labor Standards Act claims are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over Mr. Krupicki's state law Arkansas Deceptive Trade Practices Act and unjust enrichment claims, dismissing without prejudice those claims.

SO ORDERED this 3rd day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE